# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOSS, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:18-cv-00988-DAD-JDP (PC)<br><br>ORDER RESETTING SETTLEMENT CONFERENCE<br><br>**Date:  August 5, 2020**<br>**Time:  9:30 a.m.** |

   A settlement conference in this matter is currently scheduled on June 4, 2020, at 9:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the settlement conference will be continued to **August 5, 2020, at 9:30 a.m.** and will be held **telephonically** by calling in (dial-in: 1-877-411-9748; passcode 3219139) at **9:30 a.m.**  Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed.  If circumstances change prior to the settlement conference, the Court may require in person appearances by the parties.   The Court will issue any necessary transportation writ for Plaintiff's appearance in due course.

IT IS SO ORDERED.

   Dated:   **May 11, 2020**　　　　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE