# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY,<br><br>    Plaintiff,<br><br>    v.<br><br>GOSS, *et al.*,<br><br>    Defendants. | Case No.  1:18-cv-00988-DAD-JDP (PC)<br><br>ORDER PROVIDING **NEW CONTACT INFORMATION** FOR SETTLEMENT CONFERENCE<br><br>**Date:  August 5, 2020**<br>**Time:  9:30 a.m.** |

A telephonic settlement conference in this matter is currently scheduled on August 5, 2020, at 9:30 a.m. before the undersigned.  The parties were previously asked to appear telephonically by calling into the Court's standard conference number.

However, in light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds it appropriate for the parties to appear **remotely via Zoom**.  Plaintiff shall continue to appear telephonically, but will be calling into the appropriate Zoom phone number.  Counsel for Defendants shall appear by video via the Zoom application.

Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation

///

Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom dial-in information.

IT IS SO ORDERED.

Dated: __**July 27, 2020**__         /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE