# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>GOSS, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00988-DAD-JDP (PC)<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br>(ECF No. 38)<br><br>ORDER VACATING AUGUST 5, 2020 SETTLEMENT CONFERENCE |

      A settlement conference in this matter is currently scheduled on August 5, 2020, at 9:30 a.m. before the undersigned. The parties were previously asked to appear telephonically, and pursuant to the Court's order of July 27, 2020, Plaintiff is to appear telephonically and counsel for Defendants is to appear by video via the Zoom application. (ECF Nos. 36, 37.)

      Also on July 27, 2020, after the Court's order was docketed, Defendants filed a motion to continue the August 5, 2020 settlement conference. (ECF No. 38.) In a declaration of counsel attached to the motion, defense counsel indicates that he has been informed that the California Department of Corrections and Rehabilitation ("CDCR") has experienced an increase in demand for equipment to allow inmates to participate remotely for litigation-related proceedings, and given the safety and logistical challenges of arranging these virtual appearances, CDCR has requested that appearances, including video and telephonic appearances, be continued if possible. In support, counsel attaches a letter, dated June 16, 2020, from Chief Deputy General Counsel for CDCR to the Senior Assistant Attorney General. Defense counsel has been informed and believes that CDCR expects to need to request that videoconference and telephonic appearances

1

1  be postponed through the end of August 2020.  Defendants therefore request that the August 5,
2  2020 settlement conference be continued and re-set for a date after the end of August 2020.  (Id.)
3  Plaintiff has not had an opportunity to respond, but the Court finds a response unnecessary.  The
4  motion is deemed submitted.  Local Rule 230(l).

5       Upon review of the request, the Court finds good cause to grant Defendants' request, in
6  part.  In light of CDCR's current restrictions related to COVID-19 and the uncertainty of future
7  restrictions, the Court finds it appropriate to vacate, rather than continue, the scheduled settlement
8  conference and related deadlines.  The stay will remain in place.  Should CDCR lift COVID-19
9  restrictions in the near future, the parties are free to inform the Court that they remain amenable
10 to discussing settlement and the Court will set a new date for an early settlement conference.
11 Alternatively, if a settlement conference is not set, the Court will issue the discovery and
12 scheduling order.

13      Accordingly, IT IS HEREBY ORDERED that:

14 1. Defendants' motion to continue the settlement conference, (ECF No. 38), is GRANTED
15    IN PART;
16 2. The August 5, 2020 settlement conference is VACATED.

17
18 IT IS SO ORDERED.

19    Dated:   **July 28, 2020**          /s/ *Barbara A. McAuliffe*    _
20                                                        UNITED STATES MAGISTRATE JUDGE