# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY,<br><br>    Plaintiff,<br><br>v.<br><br>R. RODRIQUEZ, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:18-cv-0988-DAD-HBK (PC)<br><br><br><br><br><br>**AMENDED ORDER & WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM[1]** |

    Tommy Mackey, CDCR # AI-5375, a necessary and material witness on his own behalf in a settlement conference in this case on September 7, 2021, is now confined in Richard J. Donovan Correctional Facility (RJD) in San Diego, California, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe, by Zoom video conference from his place of confinement, on Tuesday, September 7, 2021, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.


## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

    **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify before Judge McAuliffe at

---

[1] This writ is amended due to Plaintiff's transfer to a different correctional facility that does not have video conference availability on the former date and reflects the new settlement date of September 7, 2021 at 1:30 p.m., as opposed to the prior date, September 2, 2021 at 9:30 a.m.

the time and place above, or as ordered by the court until completion of the settlement conference; and thereafter return the inmate to above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


Dated:   <u>August 10, 2021</u>

                                        HELENA M. BARCH-KUCHTA
                                      UNITED STATES MAGISTRATE JUDGE

