UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. RODRIQUEZ, ET. AL.,<br><br>　　　　　　Defendants. | Case No.  1:18-cv-988-DAD-HBK (PC)<br><br>ORDER THAT INMATE TOMMY MACKEY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Plaintiff Tommy Mackey, who is a prisoner, is appearing *pro se* and *in forma pauperis* in his civil rights action filed 42 U.S.C. § 1983.

　　　A video settlement conference commenced on October 5, 2021.  Inmate Tommy Mackey, CDCR #AI-5375, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum for this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated:　__**October 5, 2021**__　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE