UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY, | Case No. 1:18-cv-988-DAD-HBK |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL STATEMENTS |
| v. | |
| R. RODRIQUEZ; D. RODRIQUEZ; M. POMPA; J. GARCIA; FNU MARTINEZ;, | Plaintiff's Pretrial Statement: April 11, 2022 |
| Defendants. | Defendants' Pretrial Statement: May 11, 2022 |
| | Telephonic Trial Confirmation Hearing: July 11, 2022, 2:30 p.m. |
| | (Doc. No. 70) |

Pending before the Court is Defendants' motion for extension of time to file pretrial statements filed on February 15, 2022. (Doc. No. 70). Defendants seek a fourteen-day extension of time to file their pretrial statements after Plaintiff's files his pretrial statement. (*Id.* at 1). The Court's October 27, 2021, Order set a telephonic trial confirmation hearing and related deadlines and ordered Plaintiff to file his pretrial statement on January 24, 2022, and Defendants to file their pretrial statement thirty days thereafter, or by February 24, 2022. (Doc. No. 67).[1] Plaintiff failed to timely file his pretrial statement in compliance with the Court's October 27, 2021, Order.

---

[1] Defendants properly point out the October 27, 2022, Order contained conflicting dates for Defendants to file their pretrial statement. *See* Doc. No. 67 at 1 and 2, ¶ 3.

Defendants thus seek an extension of time to file their pretrial statement, arguing good cause.  (*Id.* at 1-4).

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect.  Good cause requires less than manifest injustice but a focus on the diligence of the moving party and that party's reasons for seeking modification are the court's focus in determining whether to permit an enlargement of time.  *Stoddart v. Express Services*, 2017 WL 3333994 *1-*2 (E.D. Cal. August 4, 2017) (other citations omitted).

The Court finds good cause to extend the deadlines for the parties to file their pretrial statements.

Accordingly, it is **ORDERED**:

1. Defendants' motion for an extension of time (Doc. No. 70) is GRANTED.

2. Plaintiff shall provide his pretrial statement to **correctional officials for mailing no later than April 11, 2022.**

3. Defendants shall file their pretrial statements **no later than May 11, 2022.**

4. The Court will continue the April 11, 2022, Telephonic Trial Confirmation Hearing to July **11, 2022, at 2:30 p.m**.

Dated:   March 11, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE