UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY,<br><br>            Plaintiff,<br><br>    v.<br><br>D. GOSS, R. RODRIQUEZ, D. RODRIQUEZ, M. POMPA, J. GARCIA, E. SCHULTE, FNU MARTINEZ ,<br><br>            Defendants. | Case No. 1:18-cv-00988-DAD-HBK<br><br>ORDER TO SHOW CAUSE TO PLAINTIFF<br><br>JUNE 10, 2022, DEADLINE<br><br>(Doc. No. 76) |

       This matter comes before the Court upon periodic review of the file. On October 27, 2021, Plaintiff was directed to file his pretrial statement no later than January 24, 2022. (Doc. No. 67). After Plaintiff failed to comply with the deadline, Defendants moved for an extension of time, which the Court granted and reset the deadline for Plaintiff to file his pretrial statement to no later than April 11, 2022. (Doc. No. 73). On April 30, 2022, Plaintiff moved for a further thirty-day extension of time, which the Court granted, permitting Plaintiff to deliver his pretrial statement to correctional officials for mailing no later than May 11, 2022. (Doc. No. 76). Due to other extensions of time, the Court further warned Plaintiff this was his FINAL extension of time. (Doc. No. 76). As of the date on this Order, Plaintiff's pretrial statement has not been docketed. (*See* docket). Plaintiff was previously warned that failure to file a pretrial may result in the imposition of appropriate sanctions, including dismissal of the action. (Doc. No. 67 at 6). This

case cannot proceed further until Plaintiff files his pretrial statement and a case cannot linger indefinitely on this Court's already over-burdened docket.

Accordingly, it is **ORDERED**:

1. No later than **June 10, 2022**, Plaintiff shall provide to correctional officials for mailing either his pretrial statement or a response to this Order to Show Cause why this case should not be dismissed for failure to prosecute and failure to comply with the Court's orders by filing his pretrial statement.

2. If Plaintiff fails to timely respond to this Order to Show Cause, the undersigned will recommend that the district court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action.

Dated:   May 23, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE