UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MACKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. GOSS, et al.,<br><br>　　　　　Defendants. | No.  1:18-cv-00988-ADA-HBK (PC)<br><br>ORDER APPOINTING COUNSEL |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The Court held a pretrial conference on August 8, 2022 at which it set a trial date of March 21, 2023.  (ECF No. 87.)  The Court will hold a second pretrial conference on January 23, 2023 at 1:30 p.m. via Zoom.  The Court finds that appointment of counsel to assist Plaintiff at trial is warranted.  Justin A. Palmer and Paige S. Poupart have been selected from the Court's pro bono attorney panel to represent Plaintiff and have agreed to be appointed.

　　　　Accordingly,

　　　　1.　　　Justin A. Palmer and Paige S. Poupart are appointed as counsel for Plaintiff in the above-entitled matter;

　　　　2.　　　Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment;

1

3. The Clerk of Court is directed to serve a copy of this order on Justin A. Palmer and Paige S. Poupart, Filer Palmer LLP, 249 E. Ocean Blvd., Suite 501, Long Beach, CA 90802.

IT IS SO ORDERED.

Dated:   January 17, 2023

_____
UNITED STATES DISTRICT JUDGE

2